**Michael Grinblat** (4159752)
Law Offices of Michael Grinblat
817 Broadway, Fourth Floor
New York, NY 10003
Tel: (347) 796-0712
Fax: (212) 202-5130
Email: michael.grinblatesq@gmail.com
*Attorney for the Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SEMYON GRINBLAT**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>**195 BURGER CORP., BILL WOLF PETROLEUM CORP., JOHN DOE 1-X**, persons yet unknown, **Limited Liability Companies, Partnerships, Corporations 1-X**, entities yet unknown,<br><br>Defendants. | CERTIFICATE OF SERVICE OF THE PLAINTIFF'S FIRST INTERROGATORIES, REQUESTS TO ADMIT AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT 195 BURGER CORP.<br><br><br>CASE NO.: 19-cv-3799-NGG-PK |

### CERTIFICATE OF SERVICE

I certify that on this 29th day of November, 2019, I served the Plaintiff's First Interrogatories, Requests to Admit and Requests for Production of Documents to Defendant 195 BURGER CORP., via U.S. First Class mail, upon the following counsel of record:

Jay L. Yackow, Esq.
355 Post Avenue, Suite 201
Westbury, NY 11590
Telephone: (516) 997-4040
Email: jyackow@yackowlaw.com

*Attorney for the Defendant*
*195 BURGER CORP.*
*BILL WOLF PETROLEUM CORP.*

1

Andrew E. MacAskill, Esq.
355 Post Avenue, Suite 201
Westbury, NY 11590
Telephone: (516) 997-4040
Email: andym@yackowlaw.com

*Attorney for the Defendant*
*195 BURGER CORP.*
*BILL WOLF PETROLEUM CORP.*

Aaron Jones, Esq.
Salamon, Gruber, Blaymore & Strenger, P.C.
97 Powerhouse Road, Suite 102
Roslyn Heights, NY 11577
Telephone: (516) 625-1700
Email: ajones@sgnblaw.com

*Attorneys for the Defendant*
*BILL WOLF PETROLEUM CORP.*

Sanford Strenger, Esq.
Salamon, Gruber, Blaymore & Strenger, P.C.
97 Powerhouse Road, Suite 102
Roslyn Heights, NY 11577
Telephone: (516) 625-1700
Email: sstrenger@sgnblaw.com

*Attorneys for the Defendant*
*BILL WOLF PETROLEUM CORP.*

Signed: November 29, 2019

*/s/ Michael Grinblat*
Michael Grinblat, Esq. (4159752)

Law Offices of Michael Grinblat
817 Broadway, Fourth Floor
New York, NY 10003
Tel:  (347) 796-0712
Fax: (212) 202-5130
Email: michael.grinblatesq@gmail.com
*Attorney for the Plaintiff*